# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM N. EARNSHAW and HELEN A. EARNSHAW,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC. f/k/a USA ONSHORE PROPERTIES, INC.,<br><br>  Defendants. | NO. 3:19-CV-1479<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 16th day of December, 2019, **IT IS HEREBY ORDERED** that the Motion to Remand pursuant to 28 U.S.C. § 1447(c) (Doc. 8) is **DENIED**.

 /s/ A. Richard Caputo
 A. Richard Caputo
 United States District Judge