**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM N. EARNSHAW and HELEN A. EARNSHAW,<br><br>    Plaintiffs,<br><br>        v.<br><br>CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC. f/k/a USA ONSHORE PROPERTIES, INC.,<br><br>    Defendants. | NO. 3:19-CV-1479<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of December, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss Counts I-II of the Complaint (Doc. 6) is **DENIED**.

                                                 /s/ A. Richard Caputo
                                                 A. Richard Caputo
                                                 United States District Judge