THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM N. EARNSHAW and HELEN A. EARNSHAW, | Case No. 3:19-cv-01479-ARC |
| Plaintiffs, | Electronically Filed |
| vs. | |
| CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC. f/k/a STATOIL USA ONSHORE PROPERTIES, INC., | |
| Defendant. | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEY

Equinor USA Onshore Properties, Inc. moves this court to withdraw Stefanie L. Burt of Reed Smith LLP as its counsel of record in this matter and substitute in her place Alex G. Mahfood of Reed Smith LLP who has recently made his appearance in this matter on its behalf.

REED SMITH LLP

Dated: March 19, 2020

/s/ *Stefanie L. Burt*
Alex G. Mahfood
PA I.D. No. 324047

Stefanie L. Burt
PA I.D. No. 312998

Justin H. Werner (*pro hac vice forthcoming*)
PA I.D. No. 203111

- 2 -

225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-3877/3838
Fax: (412) 288-3063
sburt@reedsmith.com
jwerner@reedsmith.com

*Counsel for Defendant*
*Equinor USA Onshore Properties, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Motion For Withdrawal And Substitution Of Attorney has been served via the Court's ECF Filing System on the following:

Richard Huffsmith, Esq.
26 East Tioga Street
Tunkhannock, PA 18657

*Counsel for Plaintiffs*

Daniel T. Brier
John B. Dempsey
Nicholas F. Kravitz
Myers, Brier & Kelly LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005

*Counsel for Defendant Chesapeake Appalachia, LLC*


Dated: March 19, 2020          */s/ Stefanie L. Burt*