THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM N. EARNSHAW and
HELEN A. EARNSHAW,

    Plaintiffs,

vs.

CHESAPEAKE APPALACHIA, L.L.C.
and EQUINOR USA ONSHORE
PROPERTIES, INC. f/k/a STATOIL USA
ONSHORE PROPERTIES, INC.,

    Defendant.

Case No. 3:19-cv-01479

Electronically Filed

## ORDER

Upon consideration of the Motion for Substitution of Attorney, it is hereby

**ORDERED** that the Motion is **GRANTED** and Defendant Equinor USA Onshore Properties, Inc. will now be represented by Alex G. Mahfood of Reed Smith LLP.

BY THE COURT:

Dated: 3/26/20

*s/ Malachy E. Mannion*_____, J.