## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM N. EARNSHAW and HELEN A. EARNSHAW,** | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO. 3:19-1479** |
| **v.** | : | **(JUDGE MANNION)** |
| **CHESAPEAKE APPALACHIA, LLC, and EQUINOR USA ONSHORE PROPERTIES, INC., f/k/a Statoil USA Onshore Properties, Inc.,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## O R D E R

A Notice of Suggestion of Bankruptcy having been filed in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** All proceedings in the above-captioned matter are **STAYED** pending resolution of the bankruptcy proceedings.

**(2)** Counsel for Chesapeake Appalachia, LLC, is to notify the court immediately upon the resolution of the bankruptcy proceedings.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: February 8, 2021**

19-1479-03