IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM N. EARNSHAW and HELEN A. EARNSHAW,** | : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | NO. 3:19-cv-01479 |
| **CHESAPEAKE APPALACHIA, L.L.C. and EQUINOR USA ONSHORE PROPERTIES, INC. f/k/a STATOIL USA ONSHORE PROPERTIES, INC.,** | : : : : : : | JUDGE MANNION ELECTRONICALLY FILED |
| **Defendants.** | : : | |

## STATUS REPORT OF DEFENDANT CHESAPEAKE APPALACHIA, L.L.C.

Defendant Chesapeake Appalachia, L.L.C. ("Chesapeake Appalachia") submits this report addressing the status of the voluntary Chapter 11 petitions of Chesapeake Energy Corporation and its subsidiaries (collectively referred to herein as "Chesapeake") in the United States Bankruptcy Court for the Southern District of Texas.

On July 1, 2020, Chesapeake Appalachia submitted a notice of pendency of bankruptcy to this Court (ECF No. 34). Chesapeake Appalachia informs the Court that on February 9, 2021, Chesapeake emerged from bankruptcy.

|  |  |
|---|---|
| Dated: February 22, 2021 | Respectfully submitted, |

/s/ *John B. Dempsey*
Daniel T. Brier
John B. Dempsey
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Daniel T. Donovan (*pro hac vice forthcoming*)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
(202) 879-5000

*Attorneys for Defendant, Chesapeake Appalachia, L.L.C.*

## **CERTIFICATE OF SERVICE**

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Status Report was served upon all counsel who have appeared in this action via the Court's Electronic Case Filing System on this 22nd day of February 2021.

/s/ *John B. Dempsey*
John B. Dempsey